UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WAYNE WALTON,<br><br>    Plaintiff,<br><br>        v.<br><br>THE STATE OF WASHINGTON *et al.*,<br><br>    Defendants, | Case No.  C05-5545RJB<br><br>REPORT AND RECOMMENDATION<br><br>**NOTED FOR:**<br>November 18th, 2005 |

    This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636 (b)(1)(B) and Local Magistrates' Rules MJR 3 and MJR 4. Plaintiff was ordered to file an amended complaint.  (Dkt. # 5).  That order was entered because the original complaint did not name any person as a defendant, only state agencies and the state itself. (Dkt. # 4).  Thus, the complaint fails to state a claim.

    The order gave plaintiff until October 7th, 2005 to file an amended complaint. (Dkt. # 5).  As of October 27th, 2005 nothing has been filed.

    The court now recommends that this action be **DISMISSED WITH PREJUDICE** for failure to state a claim, lack of prosecution and for failure to comply with court orders.  Dismissal for failure to state a claim counts as a strike pursuant to 28 U.S.C.§ 1915 (g).

Report and Recommendation Page - 1

## CONCLUSION

The court should dismiss this complaint with prejudice. Petitioner cannot state a claim against the named defendants as the defendants are not persons within the meaning of 42 U.S.C. § 1983. Further, plaintiff has not responded to a court order to amend the complaint and has failed to properly prosecute the action. A proposed order accompanies this Report and Recommendation.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal rules of Civil Procedure, the parties shall have ten (10) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. <u>Thomas v. Arn</u>, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on **November 18th, 2005**, as noted in the caption.

DATED this 31st day of October, 2005.

*/S/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge