UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WAYNE WALTON,

        Plaintiff,

    v.

THE STATE OF WASHINGTON, *et al.*,

        Defendants.

Case No.  C05-5545RJB

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of the Honorable J. Kelley Arnold, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) The petition is **DISMISSED WITH PREJUDICE**. The case fails to name a person as a defendant.

(3) The Clerk is directed to send copies of this Order to petitioner and to Judge Arnold.

DATED this 22nd day of November, 2005.

Robert J. Bryan
United States District Judge